In the Matter of JAMES PINE, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted October 20, 2014; decided November 25, 2014

Motion for reargument of motion for leave to appeal denied [*see* 24 NY3d 904 (2014)].

SCAROLA ELLIS LLP, Appellant, v ELAN PADEH, Respondent.

Submitted October 6, 2014; decided November 25, 2014

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or leave to appeal, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

CARLAYNE SIMS, Appellant, v UNITED STATES OF AMERICA GOVERNING BODY et al., Respondents.

Submitted November 3, 2014; decided November 25, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

US BANK, N.A., Respondent, v CLEMENT MORRISON, Also Known as CLEMENT A. MORRISON, et al., Appellants, et al., Defendants.

Submitted October 6, 2014; decided November 25, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.